Define "caused harm"

in Instruction 18 (2)

Dear Jury,

please see Instruction No. 21, which explains "causation."

Judge Simon

COURT'S
EXHIBIT NO. H
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 4-21-26